UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM JOHNSON, #235820,

      Plaintiff,

                                      File no: 1:19-CV-254

v.

                                      HON. ROBERT J. JONKER

UNKNOWN RICCIARDI, et al.,

      Defendants.
                                    /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 12, 2021 (ECF No. 56).  The Report and Recommendation was duly served on the parties.  On February 23, 2021, Plaintiff was granted an extension to March 19, 2021 to file objections. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 56) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Russell's[1] Motion for Summary Judgment (ECF No. 28) is **GRANTED** and the claims against her are dismissed.

**IT IS FURTHER ORDERED** that Plaintiff is denied a certificate of appealability

The Court discerns no good-faith basis for appeal of this Order.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Date:   March 23, 2021                                 /s/ Robert J. Jonker
                                                                    ROBERT J. JONKER
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Defendant Russell's surname has changed since the filing of the lawsuit.  This Order reflects the surname as reflected on the complaint.